No. 8565. In the MATTER OF THE ESTATE OF PETER SCHAFLECHNER, DECEASED.

Decided: February 20, 1946.

Minute Entry: Pursuant to stipulation, it is hereby ordered that the appeal herein be dismissed. Dated this 20th day of February, 1946.

For Appellalnt, *John B. Tansil, R. Lewis Brown, Harlow*

*Pease, Emmet Angland, George C. McNulty,* (Chief Alien Prop. Unit).

For Respondent, *R. V. Bottomly,* attorney general; *M. J. Thomas,* special assistant attorney general.